# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARYL RICHARDS,**

    Plaintiff,

vs.                                  Case No. 4:11cv106-MP/WCS

**ERIC HOLDER,**
**JANET NAPOLITANO, et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This case was initiated on March 18, 2011, by the filing of a *pro se* § 2241 habeas petition. Docs. 1-3. In an order entered on April 4, 2011, Petitioner's motion for leave to proceed *in forma pauperis*, doc. 2, was granted, the motion to appoint counsel, doc. 3, was denied, and Petitioner was directed to file an amended petition. Doc. 5. On April 11, 2011, that order was returned to the Court as "undeliverable." Doc. 6. The envelope sent to Petitioner at his address of record (the Wakulla County Jail) was returned marked "return to sender" and "no longer here." *Id.* Communication with jail officials indicated Petitioner might have already been deported (removed), but there is no need to pursue more clarification.

If Petitioner has been removed, he has been granted the release from detention he sought in the petition. If Petitioner has been simply transferred, he has apparently abandoned this litigation by not contacting the Court with an updated address. This case should be summarily dismissed as no prejudice will be experienced by Petitioner in doing so.

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on April 27, 2011.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**