IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARYL RICHARDS,

    Petitioner,

v.                                                                                    CASE NO. 4:11-cv-00106-MP -WCS

ERIC HOLDER, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The Report and Recommendation was returned undeliverable. Petitioner filed a § 2241 petition seeking release from INS detention and sought to proceed in forma pauperis. The order granting in forma pauperis status was returned undeliverable, and the return stated that he was no longer at Wakulla. All other mail to petitioner has also been returned undeliverable, and so the Magistrate Judge recommends dismissing this case as either moot (because of release) or abandoned by Petitioner (for failing to update the court with his address). Upon consideration, the Court agrees with the Magistrate that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 7) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _17th_ day of May, 2011

                                             *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge